UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GABRIEL MARTINEZ, individually and on
behalf of all others similarly situated,

                    Case No.:
                    1:23-cv-02345-DG-MMH

               Plaintiff,

                    **NOTICE OF APPEARANCE**

    -against-

BAMONTES RESTAURANT CORP. and ANTHONY
BAMONTE and LISA BAMONTE, as individuals,

                            Defendants.
---------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Libbi L. Vilher, Esq., an attorney duly-admitted to this Court, hereby appears as counsel to Defendants, BAMONTES RESTAURANT CORP., ANTHONY BAMONTE and LISA BAMONTE (the "Defendants"), in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated:    Woodbury, New York
             April 3, 2024

                                         Kaufman Dolowich LLP
                                         *Attorneys for Defendants*

                             By: _____
                                         Libbi L. Vilher, Esq.
                                         135 Crossways Park Drive, Suite 201
                                         Woodbury, New York 11797
                                         Phone: (516) 681-1100
                                         Fax: (516) 681-1101
                                         lvilher@kaufmandolowich.com

To:     All Counsel of Record (via ECF)